IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02670-WYD-BNB

MERVYN JACOBSON, Dr., a citizen of Australia,

Plaintiff,

v.

XY INC., a Colorado corporation,
INGURAN LLC, a Delaware limited liability company, and
TODD COX, an individual residing within the State of Colorado

Defendants.

---

### MINUTE ORDER

---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Defendant XY, Inc.'s Motion for Leave to File Its First Amended Answer and Counterclaims to Plaintiff's Original Complaint** [docket no. 18, filed February 13, 2008] (the "Motion").

     IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to accept for filing the attached Defendant XY, Inc.'s First Amended Answer and Counterclaims to Plaintiff's Original Complaint.

DATED:  February 21, 2008