IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02670-WYD-BNB

MERVYN JACOBSON, Dr., a citizen of Australia,

Plaintiff,

v.

XY INC., a Colorado corporation,
INGURAN LLC, a Delaware limited liability company, and
TODD COX, an individual residing within the State of Colorado

Defendants.
_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

        This matter is before the Court on the **Plaintiff's Stipulated Motion for Leave to File his First Amended Complaint with Jury Demand** [docket no. 28, filed March 4, 2008] (the "Motion").

        IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to accept for filing the attached Amended Complaint with Jury Demand. Defendants have ten days in which to file their responsive pleadings.


DATED: March 5, 2008