IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  07-cv-02670-WYD-BNB

DR. MERVYN JACOBSON, a citizen of Australia,

    Plaintiff,

v.

XY, INC., a Colorado corporation;
INGURAN LLC, a Delaware limited liability company; and
TODD COX, an individual residing within the State of Colorado,

    Defendants.

---

## MINUTE ORDER
---

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    After seeking leave of the Court, Plaintiff Dr. Mervyn Jacobson filed his Amended Complaint (docket #35) on March 5, 2008.  In light of this filing, Defendant Inguran, LLC's Motion to Dismiss Pursuant to Rule 12(b)(6) (docket #14), filed January 28, 2008, is **DENIED WITHOUT PREJUDICE.**

    Dated:  March 6, 2008.