IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02670-WYD-BNB

MERVYN JACOBSON, Dr., a citizen of Australia,

Plaintiff,

v.

XY INC., a Colorado corporation,
INGURAN LLC, a Delaware limited liability company, and
TODD COX, an individual residing within the State of Colorado

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Defendant XY, Inc.'s Motion for Leave to File It's Second Amended Counterclaims to Plaintiff's Amended Complaint** [docket no. 45, filed March 17, 2008] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to accept for filing the attached Second Amended Counterclaims to Plaintiff's Amended Complaint for filing.

DATED: March 19, 2008