IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-02670-WYD-BNB

DR. MERVYN JACOBSON, a citizen of Australia,

    Plaintiff,

v.

XY, INC., a Colorado corporation;
INGURAN LLC, a Delaware limited liability company; and
TODD COX, an individual residing within the State of Colorado,

    Defendants.

## ORDER OF DISMISSAL OF CLAIMS WITH PREJUDICE

THIS MATTER comes before the Court on the parties' Stipulated Dismissal with Prejudice (docket #56), filed September 12, 2008. After carefully reviewing the above-captioned file, I find that the claims between Plaintiff Jacobson, Defendant XY and Defendant Inguran should be dismissed with prejudice against each other pursuant to Fed. R. Civ. P. 41(a)(1). Accordingly, it is

ORDERED that the Stipulated Dismissal with Prejudice (docket #56), filed September 12, 2008, is **APPROVED**. It is

FURTHER ORDERED that all claims and counterclaims by and among Plaintiff Jacobson, Defendant XY and Defendant Inguran are **DISMISSED WITH PREJUDICE**, each party to bear its own costs and attorneys' fees. No claim or counterclaim asserted against Defendant Todd Cox is dismissed.

Dated: September 15, 2008

                BY THE COURT:

                s/ Wiley Y. Daniel
                Wiley Y. Daniel
                U. S. District Judge