IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02670-WYD-BNB

MERVYN JACOBSON, Dr., a citizen of Australia,

Plaintiff,

v.

XY,INC., a Colorado corporation,
INGURAN LLC, a Delaware limited liability company, and
TODD COX, an individual residing within the State of Colorado

Defendants.

_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Defendant XY, Inc.'s Unopposed Motion to Amend the Scheduling Order** [docket no. 79, filed March 5, 2009] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the dispositive motion deadline is extended to and including **April 10, 2009**.

DATED:  March 9, 2009