IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-02670-WYD-BNB

MERVYN JACOBSON, Dr., a citizen of Australia,

Plaintiff,

v.

XY,INC., a Colorado corporation,
INGURAN LLC, a Delaware limited liability company, and
TODD COX, an individual residing within the State of Colorado

Defendants.

_____

## ORDER
_____

The parties appeared this morning for a final pretrial conference. The proposed final pretrial order was refused for reasons stated on the record. In addition, I discussed with the parties the possibility of a further settlement conference. Consistent with matters discussed this morning:

IT IS ORDERED that the parties shall submit on or before **May 25, 2009**, a revised final pretrial order modified as discussed at the conference this morning.

IT IS FURTHER ORDERED that the parties shall submit confidential settlement statements to my chambers only on or before **May 25, 2009**, discussing the facts and issues in the case and containing specific offers of compromise, including a dollar amount each client will accept or pay in settlement and any other essential terms of a settlement.

Dated May 14, 2009.

                                            BY THE COURT:

                                            s/ Boyd N. Boland
                                            United States Magistrate Judge