IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  07-cv-02670-WYD-BNB

DR. MERVYN JACOBSON, a citizen of Australia,

    Plaintiff,

v.

XY, INC., a Colorado corporation;
INGURAN LLC, a Delaware limited liability company; and
TODD COX, an individual residing within the State of Colorado,

    Defendants.

**ORDER SETTING TRIAL**

A four-day jury trial has been set in the above matter to commence **Monday, September 21, 2009**, 901 19th Street, Courtroom A1002, Tenth Floor, Denver, Colorado.  A final trial preparation conference is set for **Friday, September 4, 2009, at 2:00 p.m**.

    Dated:  June 1, 2009

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              Chief U. S. District Judge