Case 1:07-cv-02670-WYD-BNB   Document 141   Filed 09/24/09   USDC Colorado   Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL

Civil Action No.:   07-cv-02670-WYD-BNB

DR. MERVYN JACOBSON, a citizen of Australia,

    Plaintiff,

v.

XY, INC., a Colorado corporation; and
TODD COX, an individual residing within the State of Colorado

    Defendants.

---

## ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

---

    It is ORDERED that upon the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired, or all appellate proceedings have been terminated, plus sixty days.

    DATED at Denver, Colorado, this 24th day of September, 2009.

    BY THE COURT:

    s\ Wiley Y. Daniel
    WILEY Y. DANIEL,
    CHIEF UNITED STATES DISTRICT JUDGE