IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  07-cv-02670-WYD-BNB

DR. MERVYN JACOBSON, a citizen of Australia,

    Plaintiff,

v.

XY, INC., a Colorado corporation;
INGURAN LLC, a Delaware limited liability company; and
TODD COX, an individual residing within the State of Colorado,

    Defendants.

## ORDER

    THE COURT having duly considered the Stipulated Motion for the Parties to be Provided with Ten (10) Days Prior Notice to the Court's Anticipated Entry of a Final Judgment, filed October 6, 2009 [#151], and finding that it has merit, hereby orders the motion GRANTED.

    IT IS THEREFORE ORDERED that the parties shall be provided with ten (10) days prior notice of the Courts anticipated entry of a Final Judgment in this matter.

    Dated:  October 6, 2009

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              Chief U. S. District Judge